Ryan Gile, Esq.
*rg@gilelawgroup.com*
Nevada Bar No. 8807
**GILE LAW GROUP LTD.**
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorney for Plaintiff Finnmark Designs, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FINNMARK DESIGNS LLC, a Nevada limited liability company, | Case No. 2:23-cv-00018-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIM** |
| v. | |
| ROBYN OPENSHAW, an individual; GREENSMOOTHIEGIRL.COM, INC., a Utah Corporation, d/b/a INFL PRODUCTS; GREENSMOOTHIEGIRL.COM INC., a Florida Corporation, | **(First Request)** |
| Defendants. | |
| GREENSMOOTHIEGIRL.COM INC., a Florida Corporation, | |
| Counterclaimant, | |
| v. | |
| FINMARK DESIGNS LLC; a Nevada Limited Liability Company; GARETT GORDON, an individual; CRUZEZ INC., a Washington Corporation; JOE CRUZ, an individual; DOES 1 - 10, inclusive; ROE ENTITIES 1 - 10, inclusive, | |
| Counterclaim Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiff/Counterclaim Defendant Finnmark Designs, LLC ("Finnmark"), by and through its counsel of record, and Defendants, by and through their counsel of record, hereby agree and stipulate to a 24-day extension of time for Finnmark to file and serve its answer or otherwise respond to the Counterclaim (ECF No. 9). Plaintiff was served on February 14, 2023, and so the

current response deadline is March 7, 2023. The parties agree that Defendant shall have up to and including March 31, 2023 to answer or otherwise respond to the Counterclaim (ECF No. 9). This is the first request by the parties for such an extension.

Good cause for this request exists to accommodate existing personal conflicts by Finnmark's counsel. In addition, while Finnmark has been served with the Counterclaim, the other named Counterclaim Defendants have not yet been served with the Counterclaim. The parties expect such service to be effectuated in due course, at which point the additional Counterclaim Defendants will have at least 21 days to answer or otherwise respond to the Counterclaim. As such, the extension of time will place Finnmark's response deadline in line with the other Counterclaim Defendants.

Moreover, counsel for Finnmark and counsel for Defendants have already held the required discovery conference and anticipate submitting a proposed discovery plan and scheduling order to the Court in due course. The parties intend to proceed forward with discovery in this case and so the extension of time sought by Finnmark relative to the Counterclaim is not for purposes of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

For the foregoing reasons, the parties hereby stipulate and agreed to extend the deadline for the Finnmark to answer or otherwise respond to the Counterclaim from March 7, 2023, to March 31, 2023.


DATED: March 7, 2023

**IT IS SO AGREED AND STIPULATED:**

**KEVIN E. BECK, LTD.**                    **GILE LAW GROUP LTD**.


*/s/ Kevin E. Beck*                              */s/ Ryan Gile*
Kevin E. Beck, Esq.                              Ryan Gile, Esq.
Nevada Bar No. 8371                              1180 N. Town Center Drive, Suite 100
3137 E. Warm Springs Road, Ste. 100             Las Vegas, NV 89144
Las Vegas, NV  89120                             Tel. (702) 703-7288
                                                 rg@gilelawgroup.com

*Attorney for Defendants Robyn Openshaw,*        *Attorney for Plaintiff Finnmark Designs, LLC*
*GreenSmoothieGirl.com, Inc., and*
*GreenSmoothieGirl.com Inc.*


**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

                                3-7-2023
DATED:_____

1

## **CERTIFICATE OF SERVICE**

2        I hereby certify that on March 7, 2023, I electronically filed the foregoing document with

3 the Clerk of the Court using CM/ECF.   I further certify that a true and correct copy of the

4 foregoing document is being served via transmission of Notices of Electronic Filing generated by

5 CM/ECF to all participants in the case who are registered CM/ECF users.

6

7                                      */s/ Ryan Gile*

8                                        Employee, Gile Law Group Ltd.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GLG-30750

4