
| | |
|---|---|
| 1 | **FLANGAS LAW GROUP** |
| 2 | GUS W. FLANGAS, ESQ.<br>Nevada Bar No. 4989 |
| 3 | E-Mail: gwf@fdlawlv.com<br>KIMBERLY P. STEIN, ESQ. |
| 4 | Nevada Bar No. 8675<br>E-mail: kps@fdlawlv.com |
| 5 | 3275 South Jones Boulevard, Suite 105<br>Las Vegas, NV 89146 |
| 6 | Telephone: (702) 307-9500<br>*Attorneys for Defendants/Counterclaimant* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FINNMARK DESIGNS LLC, a Nevada limited liability company, | Case No: 2:23-cv-00018-JCM-VCF |
| Plaintiff, | |
| v. | **SUBSTITUTION OF ATTORNEY** |
| ROBYN OPENSHAW, an individual; GREENSMOOTHIEGIRL.COM, INC., a Utah Corporation, d/b/a INFL PRODUCTS; GREENSMOOTHIEGIRL.COM INC., a Florida Corporation, | |
| Defendants. | |
| GREENSMOOTHIEGIRL.COM INC., a Florida Corporation, | |
| Counterclaimant, | |
| v. | |
| FINNMARK DESIGNS LLC; a Nevada Limited Liability Company; GARETT GORDON, an individual; CRUZEZ INC., a Washington Corporation; JOE CRUZ, an individual; DOES 1 - 10, inclusive; ROE ENTITIES 1 - 10, inclusive, | |
| Counterclaim Defendants. | |

Defendant Robyn Openshaw ("Openshaw"), Defendant Greensmoothiegirl.Com, Inc., d/b/a Infl Products ("Infl"), and Defendant/Counterclaimant

GREENSMOOTHIEGIRL.COM INC. ("Greensmoothiegirl") (collectively, "Defendants"), hereby by and through their undersigned attorneys of record, the law firm of Flangas Law Group, 3275 South Jones Boulevard, Suite 105, Las Vegas, NV 89146, as attorneys of record in place and stead of KEVIN E. BECK, LTD.

Dated this __8__ day of August, 2023.

*Robyn Openshaw*
Robyn Openshaw, as an individual and as an officer of Infl and Greensmoothiegirl

We consent to the above substitution.

Dated this __8__ day of August, 2023.

**KEVIN E. BECK, LTD**

*Kevin Beck*
Kevin E. Beck, NSB #8371
3137 E. Warm Springs Rd., Ste. 100
Las Vegas, NV 89120
Telephone: (702) 641-9900
Facsimile: (702) 260-8983
E-mail: kevin@kevinbecklaw.com
Attorney for Defendants/Counterclaimant

I am duly admitted to practice in this District and have been retained in this matter. Above substitution accepted.

Dated this 8th day of August, 2023.

**FLANGAS LAW GROUP**
*/s/ Kimberly P. Stein*
GUS W. FLANGAS, ESQ.
Nevada Bar No. 4989
E-Mail: gwf@fdlawlv.com
KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
E-mail: kps@fdlawlv.com
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
*Attorneys for Defendants/Counterclaimant*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED 8-8-23

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on August 8, 2023, that I electronically filed the above and foregoing document entitled **SUBSTITUTION OF ATTORNEY** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

/s/Andi Hughes
An employee of Flangas Law Group