Ryan Gile, Esq.
*rg@gilelawgroup.com*
Nevada Bar No. 8807
**GILE LAW GROUP LTD.**
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorney for Plaintiff/Counterclaim Defendant*
*Finnmark Designs LLC and Counterclaim Defendant Garett Gordon*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FINNMARK DESIGNS LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> ROBYN OPENSHAW, an individual; GREENSMOOTHIEGIRL.COM, INC., a Utah Corporation, d/b/a INFL PRODUCTS; GREENSMOOTHIEGIRL.COM INC., a Florida Corporation, <br><br> Defendants. <br> GREENSMOOTHIEGIRL.COM INC., a Florida Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> FINNMARK DESIGNS LLC; a Nevada Limited Liability Company; GARETT GORDON, an individual; CRUZEZ INC., a Washington Corporation; JOE CRUZ, an individual; DOES 1 - 10, inclusive; ROE ENTITIES 1 - 10, inclusive, <br><br> Counterclaim Defendants. | Case No. 2:23-cv-00018-JCM-VCF <br><br> **ORDER TO CONTINUE SCHEDULED HEARING ON GILE LAW GROUP LTD.'S EXPEDITED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR FINNMARK DESIGNS LLC AND GARETT GORDON (ECF NO. 40)** <br><br> **(FIRST REQUEST)** |

Defendant Robyn Openshaw ("Openshaw"), Defendant Greensmoothiegirl.Com, Inc., d/b/a Infl Products ("Infl"), and Defendant/Counterclaimant GREENSMOOTHIEGIRL.COM INC. ("Greensmoothiegirl") (collectively, "Defendants"), hereby by and through their undersigned attorneys of record, the law firm of Flangas Law Group; and Plaintiff/Counterclaim Defendant

GLG-30872                                          1

Finnmark Designs LLC and Counterclaim Defendant Garett Gordon (together the "Finnmark Parties"), by and through their counsel of record GILE LAW GROUP LTD, hereby stipulate and request the Court to continue the hearing currently set for November 27, 2023 at 10:00 AM (ECF No. 40) on Gile Law Group Ltd.'s expedited motion to withdraw as counsel of record for Finnmark Designs LLC and Garett Gordon. (ECF No. 35) to **December 11, 2023** or any date and time thereafter which the Court can accommodate.

This is the first request to continue this hearing date. The parties have reached an agreement in principle to settle this matter and require additional time to memorialize such settlement in writing at which point the parties anticipate submitting a stipulated dismissal with respect to the claims between the Finnmark Parties and Defendants, which would render the Motion to Withdraw moot. As such, this request is for good cause and not for purposes of delay.

Dated: November 17, 2023

| FLANGAS LAW GROUP | GILE LAW GROUP LTD. |
|---|---|
| */s/ Kimberly P. Stein* | */s/ Ryan Gile* |
| KIMBERLY P. STEIN, ESQ., SBN 8675 | RYAN GILE, ESQ., SBN 8807 |
| 3275 South Jones Boulevard, Suite 105 | 1180 N. Town Center Drive, Suite 100 |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89144 |
| *Attorneys for Defendants/Counterclaimant* | *Attorneys for Plaintiff/ Counterclaim Defendant Finnmark Designs, LLC and Counterclaim Defendant Garett Gordon* |

**IT IS SO ORDERED the hearing scheduled for November 27, 2023 at 10:00 am is continued to December 11, 2023 at 2:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.**

UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2023

GLG-30872

2