**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FINNMARK DESIGNS LLC, a Nevada limited liability company,

    Plaintiff(s),

v.

ROBYN OPENSHAW, an individual; GREENSMOOTHIEGIRL.COM, INC., a Utah Corporation, d/b/a INFL PRODUCTS; GREENSMOOTHIEGIRL.COM INC., a Florida Corporation,

    Defendant(s).

2:23-cv-00018-JCM-VCF

**ORDER**

The parties have filed a stipulation and order to dismiss all defendants and counterclaim defendants Finnmark Designs LLC and Garett Gordon. (ECF No. 43).

Accordingly,

IT IS HEREBY ORDERED that the hearing scheduled for December 11, 2023, is VACATED.

IT IS FURTHER ORDERED that Gile Law Group Ltd.'s expedited motion to withdraw as counsel of record for Finnmark Designs LLC and Garett Gordon (ECF No. 35), is DENIED as moot.

DATED this 4th day of December 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1