**FLANGAS LAW GROUP**
GUS W. FLANGAS, ESQ.
Nevada Bar No. 4989
E-Mail: gwf@fdlawlv.com
KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
E-mail: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500
*Attorneys for Defendants/Counterclaimant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FINNMARK DESIGNS LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ROBYN OPENSHAW, an individual; GREENSMOOTHIEGIRL.COM, INC., a Utah Corporation, d/b/a INFL PRODUCTS; GREENSMOOTHIEGIRL.COM INC., a Florida Corporation,<br><br>Defendants. | Case No: 2:23-cv-00018-JCM-VCF<br><br>**AMENDED STIPULATION AND ORDER TO DISMISS ALL DEFENDANTS AND COUNTERCLAIM DEFENDANTS FINNMARK DESIGNS LLC AND GARETT GORDON** |
| GREENSMOOTHIEGIRL.COM INC., a Florida Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FINNMARK DESIGNS LLC; a Nevada Limited Liability Company; GARETT GORDON, an individual; CRUZEZ INC., a Washington Corporation; JOE CRUZ, an individual; DOES 1 - 10, inclusive; ROE ENTITIES 1 - 10, inclusive,<br><br>Counterclaim Defendants. | |

Defendant Robyn Openshaw ("Openshaw"), Defendant Greensmoothiegirl.Com, Inc., d/b/a Infl Products ("Infl"), and Defendant/Counterclaimant

| | |
|---|---|
| 1 | GREENSMOOTHIEGIRL.COM INC. ("Greensmoothiegirl") (collectively, |
| 2 | "Defendants"), hereby by and through their undersigned attorneys of record, the law firm |
| 3 | of Flangas Law Group; and Plaintiff/Counterclaim Defendant Finnmark Designs LLC and |
| 4 | Counterclaim Defendant Garett Gordon (together the "Finnmark Parties"), by and through |
| 5 | their counsel of record Gile Law Group Ltd., hereby stipulate and agree as follows: |
| 6 | IT IS HEREBY AGREED AND STIPULATED, by the Parties hereto that the |
| 7 | above-entitled matter be dismissed with prejudice as to these Parties, with each party to |
| 8 | bear its own costs and attorney's fees. |
| 9 | Counterclaim Defendants Cruzez Inc. and Joe Cruz are still remaining parties. |
| 10 | There are currently no trial or hearings scheduled in this matter. |
| 11 | DATED: December 5, 2023. |

**FLANGAS LAW GROUP**  **GILE LAW GROUP LTD.**

/s/Kimberly P. Stein  /s/ Ryan Gile
KIMBERLY P. STEIN, ESQ., SBN 8675  RYAN GILE, ESQ., SBN 8807
3275 South Jones Boulevard, Suite 105  1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89146  Las Vegas, Nevada 89144

*Attorneys for Defendants/Counterclaimant*  *Attorneys for Plaintiff/*
*Counterdefendant Finnmark Designs,*
*LLC and Counterdefendant Garett Gordon*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **IT IS HEREBY ORDERED** that the Complaint in this matter is dismissed and as |
| 3 | such, Defendant Robyn Openshaw, Defendant Greensmoothiegirl.Com, Inc., d/b/a Infl |
| 4 | Products, and Defendant/Counterclaimant GREENSMOOTHIEGIRL.COM INC. are |
| 5 | dismissed. |
| 6 | **IT IS FURTHER ORDERED** that the Counterclaim is dismissed as to |
| 7 | Counterclaim Defendant Finnmark Designs LLC and Counterclaim Defendant Garett |
| 8 | Gordon. |
| 9 | Dated December 6, 2023. |

_____
**UNITED STATES DISTRICT COURT JUDGE**

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on December 5, 2023, that I electronically filed the above and foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

/s/Andi Hughes
An employee of Flangas Law Group